UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| PAUDRICIQUEZ MARTEZ FULLER, | ) ) ) |
| Petitioner, | ) ) |
| v. | ) )   Case No. 2:18-cv-360-AKK-GMB |
| WARDEN LEON BOLLING, | ) ) ) |
| Respondent. | ) |

**MEMORANDUM OPINION**

The Magistrate Judge entered a report on January 21, 2021, recommending Paudriciquez Martez Fuller's petition for a writ of habeas corpus be dismissed with prejudice. Doc. 13. The Magistrate Judge advised the parties of their right to file specific written objections within fourteen days. Doc. 13. No objections have been received by the court within the prescribed time.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court hereby **ADOPTS** the Magistrate Judge's report and **ACCEPTS** his recommendation. In accordance with the recommendation, the court finds the petition is due to be dismissed with prejudice.

This court may issue a certificate of appealability "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C.

§ 2253(c)(2). To make such a showing, a "petitioner must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000), or that "the issues presented were adequate to deserve encouragement to proceed further." *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003) (internal quotations omitted). The court finds Fuller's claims do not satisfy either standard.

The court will enter a separate Final Judgment.

**DONE** the 25th day of March, 2021.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE