FILED
2021 Mar-25  PM 03:09
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| PAUDRICIQUEZ MARTEZ FULLER, | ) |
| Petitioner, | ) |
| v. | ) Case No. 2:18-cv-360-AKK-GMB |
| WARDEN LEON BOLLING, | ) |
| Respondent. | ) |

## FINAL JUDGMENT

In accordance with the accompanying Memorandum Opinion and with Rule 58 of the Federal Rules of Civil Procedure, the petition for a writ of habeas corpus is **DISMISSED WITH PREJUDICE**.  A certificate of appealability is **DENIED**.

The parties shall bear their respective costs.

**DONE** the 25th day of March, 2021.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE